# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| VICKI MARCH, DAVID VIERS, individually and on behalf of all others similarly situated, THE WASHINGTON STATE COMMUNICATION ACCESS PROJECT, a Washington Corporation, THE OREGON COMMUNICATION ACCESS PROJECT, an Oregon Corporation, and the ASSOCIATION OF LATE DEAFENED ADULTS, an Illinois Corporation<br><br>Plaintiffs,<br><br>v.<br><br>CINETOPIA LLC, a Washington Limited Liability Company,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 3:19-cv-05346-TLF |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:
1) Cinetopia is permanently enjoined to comply with all provisions of 28 C.F.R. § 36.303(g) as they apply to movie captioning as those provisions now exist and as they may be amended from time to time.
2) Judgment is for Plaintiffs. Plaintiffs are entitled to recover all reasonable litigation expenses, including reasonable attorneys' fees, as agreed upon by the parties.

Dated this 28th day of May, 2019.

William M. McCool
Clerk

_[signature]_
Deputy Clerk